IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>v.<br><br>BIG 5 CORP.,<br><br>Defendant**.** | CIVIL ACTION NO.<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race and retaliation, and to provide appropriate relief to Robert Sanders, who was adversely affected by such practices. Plaintiff United States Equal Employment Opportunity Commission (Commission or EEOC) alleges that Defendant Big 5 Corp. subjected Mr. Sanders to a hostile work environment based on his race, Black. The EEOC further alleges that Defendant retaliated against Mr. Sanders for opposing the discriminatory hostile work environment. Plaintiff seeks monetary relief for Mr. Sanders, including pecuniary damages, non-pecuniary compensatory and punitive damages, and injunctive relief.

/ / /

/ / /
/ / /

COMPLAINT- Page 1 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) (Title VII), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3. Plaintiff is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and 3, and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. Section 1981a.

4. At all relevant times, Defendant has been a corporation continuously doing business in the State of Washington and continuously employing at least fifteen (15) employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e-(b), (g) and (h).

## ADMINISTRATIVE PROCEDURES

6. More than thirty (30) days prior to the institution of this lawsuit, Mr. Sanders filed a charge with the EEOC alleging violations of Title VII by Defendant.  On August 25, 2016, the Commission issued to Defendant a Letter of Determination finding reasonable cause to believe Title VII was violated and inviting Defendant to join with the Commission in

COMPLAINT- Page 2 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

informal methods of conciliation to endeavor to eliminate the unlawful employment practices and to provide appropriate relief. The Commission engaged in communications with Defendant to provide Defendant the opportunity to remedy the discriminatory practices described in the Letter of Determination. On November 21, 2016, the Commission issued to Defendant a Notice of Failure of Conciliation advising Defendant that the Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission. All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

7. From approximately May 2014, Defendant engaged in unlawful employment practices at its store facility in Oak Harbor, Washington, in violation of Sections 703(a) and 704(a) of Title VII, 42 U.S.C. § §2000e-2(a) and 2000e-3(a). Defendant subjected Mr. Sanders to a hostile work environment based on race, Black. Defendant further engaged in unlawful employment practices by retaliating against Mr. Sanders for opposing the hostile work environment.

8. The practices complained of in Paragraph 7 include, but are not limited to, Defendant's Store Manager subjecting Mr. Sanders to frequent, offensive, and unwelcome race-based conduct including: referring to Mr. Sanders as "boy," and "Shadow"; introducing Mr. Sanders as "Shadow," rather than by his name, to co-workers and customers on his first day of work; and patting her knee, whistling and calling to Mr. Sanders, "Here, Shadow" while a co-worker watched and laughed. Co-workers and lower level managers also called Mr. Sanders racially charged names including "King Kong," "boy" and "spook," commented on his dark skin color and white teeth, and said he had "the face of a janitor" because he was Black. Another

COMPLAINT- Page 3 of 6

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

worker told him that nationalities not originating in America should go back where they came from and criticized Black people that act Black.

9. Assistant Managers held up box cutters, threatened to kill Mr. Sanders for calling in sick and reinforced the threat by saying "we will hang you" and "seriously lynch you". They asked him if he was ready to commit suicide and offered assistance when he was ready. A Management Trainee told Mr. Sanders that his "kind" wasn't allowed in the stock room of the store and told him he would die at Big 5 and end up in a river, dead.

10. Mr. Sanders attempted to rebuff the managers' and coworkers' offensive, threatening and unwelcome comments, and complained about the harassing conduct to the District Supervisor. Defendant failed to take prompt or appropriate corrective action to prevent or remedy the hostile work environment caused by the supervisors' and co-workers' offensive, threatening and unwelcome conduct.

11. In retaliation for Mr. Sanders' complaints about the racially hostile work environment, Defendant, through the actions of the District Supervisor, Store Manager and Assistant Managers, denied Mr. Sanders his work breaks, assigned Mr. Sanders more difficult and less desirable work, and continued to refer to him as "Shadow," "spook," "King Kong" and "boy" when addressing him directly and in front of other employees. Defendant also disciplined Mr. Sanders unjustly.

12. The effect of Defendant's practices complained of in paragraphs 7-11 above has been to deprive Mr. Sanders of equal employment opportunities and otherwise adversely affect his status as an employee.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

13.     The unlawful employment practices complained of in paragraphs 7-11 above were intentional.

14.     The unlawful employment practices complained of in paragraphs 7-11 above were done with malice or with reckless indifference to the federally protected rights of Mr. Sanders.

PRAYER FOR RELIEF

Wherefore, the EEOC respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate.

B.      Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C.      Order Defendant to make whole Mr. Sanders by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraphs 7-11 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

D.      Order Defendants to make whole Mr. Sanders by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 7-11 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

E.      Order Defendant to pay Mr. Sanders punitive damages for its malicious and reckless conduct described in paragraphs 7-11 above, in amounts to be determined at trial.

COMPLAINT- Page 5 of 6

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

F.  Grant such further relief as the Court deems necessary and proper in the public interest.

G.  Award the EEOC its costs of this action.

## JURY TRIAL DEMAND

The EEOC requests a jury trial on all questions of fact raised by its Complaint.

DATED this 20th day of July, 2017.

| | |
|---|---|
| ROBERTA L. STEELE<br>Regional Attorney | JAMES L. LEE<br>Deputy General Counsel |
| JOHN F. STANLEY<br>Supervisory Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| CARMEN FLORES<br>Senior Trial Attorney | |
| | Office of the General Counsel<br>131 "M" Street NE<br>Washington, D.C. 20507 |

BY:   */s/ Roberta L. Steele*
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone (206) 220-6915
Facsimile (206) 220-6911

Attorneys for Plaintiff EEOC

COMPLAINT- Page 6 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882