UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BIG 5 SPORTS., a Delaware corporation,<br><br>　　　　　Defendant | Case No. C17-1098 RSM<br><br>ORDER GRANTING MOTION TO INTERVENE |

　　　This matter comes before the court on Proposed Plaintiff-Intervenor Robert Sanders' motion for leave to intervene as a Plaintiff in this matter, and to file his proposed Complaint in Intervention. Dkt. #7. The Court has considered Mr. Sanders' motion, all submissions filed in support of the motion, as well as the pleadings on file. No other parties have responded to the motion. Pursuant to Local Civil Rule 7(b)(2), such failure will be considered by the Court as an admission that the motion has merit.

　　　Accordingly, the Court GRANTS Mr. Sanders' motion to intervene (Dkt. #7), and ORDERS him to file and serve his proposed Complaint in Intervention within ten (10) business days of the date of this Order.

　　　DATED this 1st day of September 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER - Page 1