# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>BIG 5 SPORTS., a Delaware corporation,<br><br>        Defendant | Case No.<br>2:17-cv-01098-RSM<br><br>STIPULATED MOTION TO AMEND CASE TITLE |

## STIPULATION

The parties herein, appearing through counsel, have agreed to present the following stipulated motion to the Court to amend the case caption in the above-captioned matter to reflect the addition of Robert Sanders as plaintiff-intervenor in this matter.

STIPULATED MOTION TO AMEND CASE TITLE, Page 1
No. C17-01098-RSM

Thomas Law Group, P.S.
1204 Cleveland
Mount Vernon WA 98273
(360) 503-1042
scott@scottgthomaslaw.com

## MOTION

**A.  Relief Requested.**

Amendment of the title of this case to read as follows, "UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, ROBERT SANDERS, Plaintiff-Intervenor v. BIG 5 SPORTS., a Delaware corporation, Defendant.

**B.  Facts.**

The original Complaint in this matter, pursuant to FRCP 10(a), was titled, "UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, v. BIG 5 SPORTS., a Delaware corporation, Defendant."  On September 1, 2017, Robert Sanders was granted leave by the Court to intervene as a plaintiff.  See, Dkt. 10.

**C.  Argument.**

Federal Rule of Civil Procedure 10 states that "[e]very pleading must have a caption with the court's name, a title, a file number, and a Rule 7(a) designation. The title of the complaint must *name all the parties*." Fed. R. Civ. P. 10(a) (emphasis added). Because of the addition of Mr. Sanders to this case, the original title no longer accurately reflects the parties to this case.  As such, the title for this case should be amended to, "UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, ROBERT SANDERS, Plaintiff-Intervenor v. BIG 5 SPORTS., a Delaware corporation, Defendant.

## CONCLUSION

By stipulation pursuant to LCR 10(g), the parties respectfully request that the Court grant this Motion.

Thomas Law Group, P.S.
1204 Cleveland
Mount Vernon WA 98273
(360) 503-1042
scott@scottgthomaslaw.com

DATED THIS 13th day of September, 2017.

THOMAS LAW GROUP, P.S.

S/

_____
SCOTT G. THOMAS, WSB No. 23079
Attorney for Plaintiff-Intervenor


EQUAL EMPLOYMENT OPPORTUNITY COMMISSION:

S/

_____
ROBERTA STEELE
JOHN F. STANLEY
CARMEN FLORES

Of Attorneys for Plaintiff United States Equal Employment Opportunity Commission


MILLER NASH GRAHAM & DUNN LLP:

S/

_____
FRANCIS VAN DUSEN, Jr WSBA #13669
MADELINE ENGEL, WSBA #43884

Of Attorneys for Defendant Big 5 Sports

STIPULATED MOTION TO AMEND CASE TITLE, Page 3
No. C17-01098-RSM

Thomas Law Group, P.S.
1204 Cleveland
Mount Vernon WA 98273
(360) 503-1042
scott@scottgthomaslaw.com

**ORDER**

IT IS SO ORDERED.

Dated this 19 day of September, 2017

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO AMEND CASE TITLE, Page 4
No. C17-01098-RSM

Thomas Law Group, P.S.
1204 Cleveland
Mount Vernon WA 98273
(360) 503-1042
scott@scottgthomaslaw.com