# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> ROBERT SANDERS, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> BIG FIVE CORP., <br><br> Defendant. | CASE NO. C17-1098RSM <br><br> ORDER GRANTING MOTION TO CONTINUE TRIAL |

THIS MATTER comes before the Court on Defendant's Motion to Continue Trial Date. Dkt. #20. The trial in this matter is currently scheduled for December 10, 2018. Dkt. #11. Defendant seeks a continuance to accommodate numerous witnesses who will face financial hardship during the holiday retail season if they are required to take time off work for a trial during that timeframe. Dkts. #20 and #32. Plaintiff EEOC opposes the motion, arguing that Defendant was not diligent in making this request. Dkt. #28.

Having reviewed Defendant's motion, the opposition thereto and reply in support thereof, along with the supporting Declarations and the remainder of the record, the Court finds and Orders:

ORDER
PAGE - 1

1. There is good cause to grant a short continuance as requested. Accordingly, Defendant's motion (Dkt. #20) is GRANTED.

2. The Court shall **re-set the trial date in this matter for Monday, January 7, 2019.**

3. The Clerk shall issue an Amended Scheduling Order setting forth the new trial date in this matter along with the amended, remaining pre-trial deadlines.

DATED this 18th day of December, 2017.

<!-- signature -->

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE