UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br>And<br><br>ROBERT SANDERS,<br><br>        Plaintiff-Intervenor,<br>v.<br><br>BIG 5 CORP.,<br><br>        Defendant. | Case No. 2:17-cv-01098-RSM<br><br>**ORDER APPROVING CONSENT DECREE** |

The Court, having considered the foregoing stipulated agreement of the parties, **HEREBY ORDERS THAT** the Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this 17 day of September 2018.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

PRESENTED this \_\_\_\_ day of _____, 2018.

ROBERTA STEELE
Regional Attorney

| | |
|---|---|
| JOHN F. STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| CARMEN FLORES<br>Senior Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |

BY: */s/ Carmen Flores*
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400           Office of the General Counsel
Seattle, WA  98104-1061                131 M Street, N.E.
Telephone (206) 220-6853              Washington, D.C. 20507
Facsimile (206) 220-691
carmen.flores@eeoc.gov

Attorneys for Plaintiff EEOC

ORDER APPROVING CONSENT DECREE
2:17-cv- 01098-RSM
Page 2 of 2

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882