UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>         Plaintiff,<br><br>ROBERT SANDERS,<br><br>         Plaintiff-Intervenor,<br><br>    v.<br><br>BIG 5 CORP.,<br><br>         Defendant. | Case No. 2:17-cv-01098-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND PURSUANT TO FED. R. CIV. P. 41(a)(1) |

**STIPULATION**

Plaintiff-Intervenor Robert Sanders, by and through his attorneys Scott G. Thomas of Thomas Law Group, P.S. and Terry Venneberg, Attorney at Law ("Plaintiff-Intervenor"), and Defendant Big 5 Corp. ("Defendant") through its attorneys Francis L. Van Dusen, Jr., Alyson L. Palmer, and Katie Loberstein of Miller Nash Graham & Dunn LLP, stipulate to an order

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AND PURSUANT TO FED. R. CIV. P. 41(a)(1)
- 1

(Case No. 2:17-cv-01098-RSM)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

dismissing all of Plaintiff-Intervenor's claims against Defendant with prejudice and without award of fees or costs, pursuant to Fed. R. Civ. P. 41(a)(1).

**ORDER**

Based on the Parties' stipulation as described above, and the Court having expressly determined that there is no just reason for delay, it is hereby ORDERED, ADJUDGED, AND DECREED that all Plaintiff-Intervenor Robert Sanders' claims are dismissed with prejudice and without award of fees or costs pursuant to Fed. R. Civ. P. 41(a)(1)

DATED this 2 day of October 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND PURSUANT TO FED. R. CIV. P. 41(a)(1) - 2
(Case No. 2:17-cv-01098-RSM)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

Presented by:

*/s/ Francis L. Van Dusen, Jr.*
Francis L. Van Dusen, Jr., WSBA #13669
*/s/ Alyson L. Palmer*
Alyson L. Palmer, WSBA #46916
*/s/ Katie Loberstein*
Katie Loberstein, WSBA #51091
MILLER NASH GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121
Phone: (206) 624-8300
Fax: (206) 340-9599
Email: frank.vandusen@millernash.com
　　　　alyson.palmer@millernash.com
　　　　katie.loberstein@millernash.com

Attorneys for Defendant Big 5 Corp.

Approved as to form:

*/s/ Scott G. Thomas*

Scott Glen Thomas, WSBA #23079
LAW OFFICE OF SCOTT G THOMAS
1204 Cleveland Avenue
Mount Vernon, WA 98273
360-503-1042
Email: scott@scottgthomaslaw.com
　　　　scott.glen.thomas@gmail.com

Attorneys for Plaintiff-Intervenor
Robert J. Sanders


*/s/ Terry Venneberg*

Terry A. Venneberg, WSBA #31348
5224 Olympic Drive NW, Suite 110
Gig Harbor, Washington 98335
253-858-6601
Email: terry@washemploymentlaw.com
　　　　firm@washemploymentlaw.com

Attorneys for Plaintiff-Intervenor
Robert J. Sanders

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND PURSUANT TO FED. R. CIV. P. 41(a)(1) - 3

(Case No. 2:17-cv-01098-RSM)

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121